

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2014

No. 04-13-00324-CV

**Law Office of Preston Henrichson, P.C.** a/k/a Law Offices of Preston Henrichson,
Appellants

v.

**STARR COUNTY HOSPITAL DISTRICT** d/b/a Starr County Memorial Hospital; Elizabeth
Gonzalez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-12-246
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Luz Elena D. Chapa, Justice

The court has considered the Appellee's Motion for En Banc Reconsideration, and the
motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court